UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

GRINNELL SELECT INSURANCE
COMPANY, *a corporation*,

       Plaintiff,

      v.

BRIA GLODO and LARRY KEOWN,

      Defendants.

Case No. 08-cv-891-JPG

LARRY KEOWN,

      Counter Claimant,

      v.

GRINNELL SELECT INSURANCE
COMPANY, *a corporation*,

      Counter Defendant.

Case No. 08-cv-891-JPG

## DECLARATORY JUDGMENT

In accordance with the Memorandum and Order (Doc. 30) entered on October 2, 2009,

and the Memorandum and Order entered this day, the Court **DECLARES** as follows:

> Pursuant to Policy Number 9494005853, Grinnell Select Insurance Company has
> a duty to indemnify Bria Glodo up to the amount of $300,000 in the underlying
> state court lawsuit, Case Number 05-L-13, filed in Jackson County, Illinois, for
> injuries caused as a result of an accident on November 21, 2004.

ADDITIONALLY, IT IS HEREBY ORDERED AND ADJUDGED that judgment is

entered in favor of Defendant/Counter Claimant Larry Keown and Defendant Bria Glodo and

against Plaintiff/Counter Defendant Grinnell Select Insurance Company.

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**NANCY ROSENSTENGEL, CLERK**

**By:s/Deborah Agans, Deputy Clerk**


Dated: January 6, 2010



Approved:      s/ J. Phil Gilbert
                      J. PHIL GILBERT
                      DISTRICT JUDGE